**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

In re: QUANTIX USA INC. § Case No. 19-17781-PGH
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/12/2019. The undersigned trustee was appointed on 06/12/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of     $     30,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 11,564.16 |
   | Bank service fees | 98.83 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 18,337.01 |

The remaining funds are available for distribution.

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/21/2019 and the deadline for filing governmental claims was 12/09/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,750.00, for a total compensation of $3,750.00$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $46.92 for total expenses of $46.92$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/22/2020     By: /s/ Scott N. Brown
                          Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 19-17781-PGH  
Case Name: QUANTIX USA INC.  
For Period Ending: 07/22/2020

Trustee Name: (290010) Scott N. Brown  
Date Filed (f) or Converted (c): 06/12/2019 (f)  
§ 341(a) Meeting Date: 07/11/2019  
Claims Bar Date: 08/21/2019

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | PNC Bank checking 0013 | 94.58 | 0.00 | | 0.00 | FA |
| 2 | PNC Bank Checking 8541 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Commercial lease security deposit held by Say Co | 2,990.40 | 0.00 | | 0.00 | FA |
| 4 | Finished goods, including goods held for resale<br><br>Final Order Granting Trustee Expedited Motion to Authorize and Approve Agreement for Sale of Estate's Right, Title and Interest in Debtor's Scheduled Inventory & Equipment, Free and Clear of All Liens, Claims and Encumbrances by and Between the Trustee and Rafael Alexis Moreno 8/15/19 (ECF 27) | 52,000.00 | 30,000.00 | | 30,000.00 | FA |
| 5 | Beauty accessories:carts, combs and hair | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Office furniture | 10,000.00 | 0.00 | | 0.00 | FA |
| 7 | (7) Display shelves with LED lights, Display gon | 21,200.00 | 0.00 | | 0.00 | FA |
| 8 | Office fixtures | 21,200.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets Totals (Excluding unknown values)** | **$108,984.98** | **$30,000.00** | | **$30,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Case filed 6/12/19  
341 Meeting scheduled for 7/11/19  
Claims Bar Date - 8/21/19  
Trustee, through counsel, is investigating recovery opportunities.  
Trustee, through counsel, negotiated sale of all of the Debtor's assets for $30,000.00 (see ECF No. 20).  
$20,000 down and 10 monthly payments of $1000 each.  
Monitoring payments  
Last payment due - 5/15/2020.  
Claims review complete  
3/13/20 - monitoring payments  
Final installment received  
Final tax returns filed with prompt determination request  
Final fee applications filed  
Ready for TFR  
Holders of timely, filed claims are receiving a 100% distribution.

**Initial Projected Date Of Final Report (TFR):** 06/30/2020      **Current Projected Date Of Final Report (TFR):** 09/30/2020

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 1

| Case No.: | 19-17781-PGH | Trustee Name: | Scott N. Brown (290010) |
|---|---|---|---|
| Case Name: | QUANTIX USA INC. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***9933 | Account #: | ******6538 Checking Account |
| For Period Ending: | 07/22/2020 | Blanket Bond (per case limit): | $52,222,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/19 | | MORENO, RAFAEL A | depoit for sale of property Final Order Granting Trustee Expedited Motion to Authorize and Approve Agreement for Sale of Estate's Right, Title and Interest in Debtor's Scheduled Inventory & Equipment, Free and Clear of All Liens, Claims and Encumbrances | 1129-000 | 20,000.00 | | 20,000.00 |
| | {4} | | Acct #100; Payment #0      $20,000.00 | 1129-000 | | | |
| 08/14/19 | | MORENO, RAFAEL ALEXIS | Payment Per Stip Agreement Final Order Granting Trustee Expedited Motion to Authorize and Approve Agreement for Sale of Estate's Right, Title and Interest in Debtor's Scheduled Inventory & Equipment, Free and Clear of All Liens, Claims and Encumbrances b | 1129-000 | 1,000.00 | | 21,000.00 |
| | {4} | | Acct #100; Payment #1      $1,000.00 | 1129-000 | | | |
| 09/16/19 | | MORENO, RAFAEL ALEXIS | Payment Per Stip Agreement Final Order Granting Trustee Expedited Motion to Authorize and Approve Agreement for Sale of Estate's Right, Title and Interest in Debtor's Scheduled Inventory & Equipment, Free and Clear of All Liens, Claims and Encumbrances b | 1129-000 | 1,000.00 | | 22,000.00 |
| | {4} | | Acct #100; Payment #2      $1,000.00 | 1129-000 | | | |
| 09/16/19 | 300001 | MOECKER AUCTIONS INC | Order Granting Trustee's Motion for Entry of Order Authorizing (1) Employment of Eric Rubin and Moecker Auctions, Inc. As Appraiser to the Estate Nunc Pro Tunc to June 12, 2019 and (2) Payment to Appraiser 8/23/19 (ECF 30) Invoice # 19-133 | 3711-000 | | 1,358.06 | 20,641.94 |
| 10/17/19 | | MORENO, RAFAEL ALEXIS | Payment Per Stip Agreement Final Order Granting Trustee Expedited Motion to Authorize and Approve Agreement for Sale of Estate's Right, Title and Interest in Debtor's Scheduled Inventory & Equipment, Free and Clear of All Liens, Claims and Encumbrances b | 1129-000 | 1,000.00 | | 21,641.94 |
| | {4} | | Acct #100; Payment #3      $1,000.00 | 1129-000 | | | |
| 10/25/19 | | Metropolitan Commercial Bank | Wire Transfer To Fund New Bank Account | 9999-000 | | 21,641.94 | 0.00 |
| | | **COLUMN TOTALS** | | | **23,000.00** | **23,000.00** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 21,641.94 | |
| | | **Subtotal** | | | **23,000.00** | **1,358.06** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$23,000.00** | **$1,358.06** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| Case No.: | 19-17781-PGH | Trustee Name: | Scott N. Brown (290010) |
|---|---|---|---|
| Case Name: | QUANTIX USA INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9933 | Account #: | ******8290 Checking Account |
| For Period Ending: | 07/22/2020 | Blanket Bond (per case limit): | $52,222,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/25/19 | | Union Bank | Wire From Former Bank | 9999-000 | 21,641.94 | | 21,641.94 |
| 11/15/19 | | Rafael Moreno | Order Granting Trustee's Expedited Motion to Authorize and Approve Agreement For Sale of Estate's Right, Title and Interest in Debtor's Scheduled Inventory & Equipment, Free and Clear of All Liens, Claims and Encumbrances By and Between the Trustee and Moreno 08/15/19 (ECF 27) | 1129-000 | 1,000.00 | | 22,641.94 |
| | {4} | | Acct #100; Payment #4  $1,000.00 | 1129-000 | | | |
| 12/13/19 | | Rafael Moreno | Order Granting Trustee's Expedited Motion to Authorize and Approve Agreement For Sale of Estate's Right, Title and Interest in Debtor's Scheduled Inventory & Equipment, Free and Clear of All Liens, Claims and Encumbrances By and Between the Trustee and Moreno 08/15/19 (ECF 27) | 1129-000 | 1,000.00 | | 23,641.94 |
| | {4} | | Acct #100; Payment #5  $1,000.00 | 1129-000 | | | |
| 12/18/19 | 101 | BAST AMRON LLP | Order Approving First Interim Fee Application of Attorneys for Chapter 7 Trustee 12/17/19 (ECF 40) | 3110-000 | | 9,637.20 | 14,004.74 |
| 12/18/19 | 102 | BAST AMRON LLP | Order Approving First Interim Fee Application of Attorneys for Chapter 7 Trustee 12/17/19 (ECF 40) | 3120-000 | | 568.90 | 13,435.84 |
| 01/15/20 | | Rafael Moreno | Order Granting Trustee's Expedited Motion to Authorize and Approve Agreement For Sale of Estate's Right, Title and Interest in Debtor's Scheduled Inventory & Equipment, Free and Clear of All Liens, Claims and Encumbrances By and Between the Trustee and Moreno 08/15/19 (ECF 27) | 1129-000 | 1,000.00 | | 14,435.84 |
| | {4} | | Acct #100; Payment #6  $1,000.00 | 1129-000 | | | |
| 02/13/20 | | Rafael Moreno | Order Granting Trustee's Expedited Motion to Authorize and Approve Agreement For Sale of Estate's Right, Title and Interest in Debtor's Scheduled Inventory & Equipment, Free and Clear of All Liens, Claims and Encumbrances By and Between the Trustee and Moreno 08/15/19 (ECF 27) | 1129-000 | 1,000.00 | | 15,435.84 |
| | {4} | | Acct #100; Payment #6  $1,000.00 | 1129-000 | | | |

Page Subtotals:     $25,641.94     $10,206.10

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

**Exhibit B**
Page: 3

| Case No.: | 19-17781-PGH | Trustee Name: | Scott N. Brown (290010) |
|---|---|---|---|
| Case Name: | QUANTIX USA INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9933 | Account #: | ******8290 Checking Account |
| For Period Ending: | 07/22/2020 | Blanket Bond (per case limit): | $52,222,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/13/20 | | Rafael Moreno | Order Granting Trustee's Expedited Motion to Authorize and Approve Agreement For Sale of Estate's Right, Title and Interest in Debtor's Scheduled Inventory & Equipment, Free and Clear of All Liens, Claims and Encumbrances By and Between the Trustee and Moreno 08/15/19 (ECF 27) | 1129-000 | 1,000.00 | | 16,435.84 |
| | {4} | | Acct #100; Payment #7  $1,000.00 | 1129-000 | | | |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.13 | 16,422.71 |
| 04/15/20 | | Rafael Moreno | Order Granting Trustee's Expedited Motion to Authorize and Approve Agreement For Sale of Estate's Right, Title and Interest in Debtor's Scheduled Inventory & Equipment, Free and Clear of All Liens, Claims and Encumbrances By and Between the Trustee and Moreno 08/15/19 (ECF 27) | 1129-000 | 500.00 | | 16,922.71 |
| | {4} | | Acct #100; Payment #8  $500.00 | 1129-000 | | | |
| 04/15/20 | | Rafael Moreno | Order Granting Trustee's Expedited Motion to Authorize and Approve Agreement For Sale of Estate's Right, Title and Interest in Debtor's Scheduled Inventory & Equipment, Free and Clear of All Liens, Claims and Encumbrances By and Between the Trustee and Moreno 08/15/19 (ECF 27) | 1129-000 | 500.00 | | 17,422.71 |
| | {4} | | Acct #100; Payment #8  $500.00 | 1129-000 | | | |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 26.99 | 17,395.72 |
| 05/18/20 | | Rafael Moreno | Order Granting Trustee's Expedited Motion to Authorize and Approve Agreement For Sale of Estate's Right, Title and Interest in Debtor's Scheduled Inventory & Equipment, Free and Clear of All Liens, Claims and Encumbrances By and Between the Trustee and Moreno 08/15/19 (ECF 27) | 1129-000 | 1,000.00 | | 18,395.72 |
| | {4} | | Acct #100; Payment #7  $1,000.00 | 1129-000 | | | |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 27.40 | 18,368.32 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 31.31 | 18,337.01 |

Page Subtotals:     $3,000.00     $98.83

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

Case 19-17781-PDR    Doc 50    Filed 08/10/20    Page 7 of 13

| | | Form 2 | | | | Exhibit B |
| | | Cash Receipts And Disbursements Record | | | | Page: 4 |

| Case No.: | 19-17781-PGH | Trustee Name: | Scott N. Brown (290010) |
|---|---|---|---|
| Case Name: | QUANTIX USA INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9933 | Account #: | ******8290 Checking Account |
| For Period Ending: | 07/22/2020 | Blanket Bond (per case limit): | $52,222,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 28,641.94 | 10,304.93 | $18,337.01 |
| | | | Less: Bank Transfers/CDs | | 21,641.94 | 0.00 | |
| | | **Subtotal** | | | 7,000.00 | 10,304.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$7,000.00** | **$10,304.93** | |

{ } Asset Reference(s)     **UST Form 101-7-TFR (5/1/2011)**                                      ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit B
Page: 5

| | |
|---|---|
| **Case No.:** | 19-17781-PGH |
| **Case Name:** | QUANTIX USA INC. |
| **Taxpayer ID #:** | **-***9933 |
| **For Period Ending:** | 07/22/2020 |

| | |
|---|---|
| **Trustee Name:** | Scott N. Brown (290010) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******8290 Checking Account |
| **Blanket Bond (per case limit):** | $52,222,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6538 Checking Account | $23,000.00 | $1,358.06 | $0.00 |
| ******8290 Checking Account | $7,000.00 | $10,304.93 | $18,337.01 |
| | **$30,000.00** | **$11,662.99** | **$18,337.01** |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

Case: 19-17781-PGH                QUANTIX USA INC.

Claims Bar Date: 08/21/19

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| FEE | Scott N. Brown<br>One Southeast Third Ave, Ste 1400<br>Miami, FL 33131<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>06/05/20 | | $3,750.00<br>$3,750.00 | $0.00 | $3,750.00 |
| TE | Scott N. Brown<br>One Southeast Third Ave, Ste 1400<br>Miami, FL 33131<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>07/21/20 | | $46.92<br>$46.92 | $0.00 | $46.92 |
| | BAST AMRON LLP<br>SunTrust International Center<br>One Southeast Third Avenue #1400<br>Miami, FL 33131<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>07/21/20 | | $681.80<br>$681.80 | $568.90 | $112.90 |
| | BAST AMRON LLP<br>SunTrust International Center<br>One Southeast Third Avenue #1400<br>Miami, FL 33131<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>07/21/20 | | $15,594.00<br>$15,594.00 | $9,637.20 | $5,956.80 |
| | KAPILAMUKAMAL, LLP<br>1000 SOUTH FEDERAL HWY, STE. 200<br>FORT LAUDERDALE, FL 33316<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>07/21/20 | | $3,952.00<br>$3,952.00 | $0.00 | $3,952.00 |
| | KAPILAMUKAMAL, LLP<br>1000 SOUTH FEDERAL HWY, STE. 200<br>FORT LAUDERDALE, FL 33316<br><3420-000 Accountant for Trustee Expenses (Other Firm)><br>, 200 | Administrative<br>07/21/20 | | $69.25<br>$69.25 | $0.00 | $69.25 |

# Exhibit C

## Analysis of Claims Register

Case: 19-17781-PGH          QUANTIX USA INC.

Claims Bar Date: 08/21/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 | CITY OF HOLLYWOOD 2600 Hollywood Blvd. #103 Hollywood, FL 33020 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/16/19 | | $20.72 $20.72 | $0.00 | $20.72 |
| | MEMO: (1-1) Filer Comment: OUTSTANDING UTILITY ACCOUNT | | | | | |
| 000002 | SQUARE CAPITAL c/o RMS PO Box 19253 Minneapolis, MN 55419 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/17/19 | | $4,430.00 $4,430.00 | $0.00 | $4,430.00 |
| | MEMO: (2-1) Account Number (last 4 digits):83EN | | | | | |
| | | | | Case Total: | $10,206.10 | $18,338.59 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 19-17781-PGH
Case Name: QUANTIX USA INC.
Trustee Name: Scott N. Brown

**Balance on hand:**  $ 18,337.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 18,337.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Scott N. Brown | 3,750.00 | 0.00 | 3,750.00 |
| Trustee, Expenses - Scott N. Brown | 46.92 | 0.00 | 46.92 |
| Attorney for Trustee Fees - BAST AMRON LLP | 15,594.00 | 9,637.20 | 5,956.80 |
| Attorney for Trustee, Expenses - BAST AMRON LLP | 681.80 | 568.90 | 112.90 |
| Accountant for Trustee Fees (Other Firm) - KAPILAMUKAMAL, LLP | 3,952.00 | 0.00 | 3,952.00 |
| Accountant for Trustee Expenses (Other Firm) - KAPILAMUKAMAL, LLP | 69.25 | 0.00 | 69.25 |

Total to be paid for chapter 7 administrative expenses:  $ 13,887.87
Remaining balance:  $ 4,449.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 4,449.14

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 4,449.14 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,450.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CITY OF HOLLYWOOD | 20.72 | 0.00 | 20.71 |
| 000002 | SQUARE CAPITAL | 4,430.00 | 0.00 | 4,428.43 |

|  | Total to be paid for timely general unsecured claims: | $ | 4,449.14 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

                                                      Total to be paid for subordinated claims:  $          0.00
                                                      Remaining balance:  $          0.00

**UST Form 101-7-TFR(5/1/2011)**